# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KERMIT RABE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 07-0304-CV-W-DW |
| SEGWAY, INC., et al., | ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 25). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.

Date:   January 7, 2008             /s/ Dean Whipple
                                         Dean Whipple
                                    United States District Judge